## MINNIE GONZALEZ *v.* STATE ELECTIONS ENFORCEMENT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court (AC 30449) is denied.

ZARELLA, J., did not participate in the consideration of or decision on this petition.

*Virginia C. Foreman* and *Thomas J. Weihing,* in support of the petition.

*Perry Zinn Rowthorn,* assistant attorney general, in opposition.

Decided February 19, 2009

## STATE OF CONNECTICUT *v.* CRAIG WILSON

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 614 (AC 28554), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Norman A. Pattis,* in support of the petition.

*Denise B. Smoker,* senior assistant state's attorney, in opposition.

Decided February 25, 2009